

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Lea  Percy McLaurin v. Scott  Sutton  McLaurin

Appellate case number:    01-14-00710-CV

Trial court case number:  2009-06775

Trial court:              309th District Court of Harris County

      It is ordered that Appellant Lea Percy McLaurin's Motion for Rehearing is **denied**.

Justice's signature:  /s/ Michael Massengale
                   Acting for the Court

Panel consists of: Chief Justice Radack and Justices Massengale and Brown


Date: June 21, 2016